RICHARD UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RICHARD TIMMONS,

                    Plaintiff,

-against-                          23-CV-1546 (LTS)

NEW YORK STATE DEPARTMENT OF       CIVIL JUDGMENT
CORRECTIONS AND COMMUNITY
SUPERVISION,

                    Defendants.

    For the reasons stated in the April 11, 2023, order, this action is dismissed.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:  April 11, 2023
           New York, New York

                                              /s/ Laura Taylor Swain
                                              LAURA TAYLOR SWAIN
                                              Chief United States District Judge